# ELECTRONIC RECORD

COA # 05-13-00450-CR          OFFENSE: 29.03

STYLE: Antonio Patterson v. The State of Texas          COUNTY: Dallas

COA DISPOSITION: AFFIRMED          TRIAL COURT: Criminal District Court No. 4

DATE: 05/19/15          Publish: NO     TC CASE #: F10-59304-K

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Antonio Patterson v. The State of Texas          CCA #: **706-15**

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: _11/04/2015_          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**